# UNITED STATES DISTRICT COURT
## District of Minnesota

William Lema-Castro,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-317 NEB/JFD

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED. The Court:

   a. DECLARES that Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary authority of 8 U.S.C. § 1226;

   b. ENJOINS Respondents from denying release or other relief on the basis that Petitioner is subject to mandatory detention under § 1225(b)(2);

   c. ORDERS Respondents to **immediately** return Petitioner to Minnesota and release Petitioner in Minnesota; and

   d. ORDERS Respondents to file a notice on the docket within **2 days** of release in Minnesota, confirming that the release has occurred.

Date: 1/18/2026

KATE M. FOGARTY, CLERK